UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SUGARMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRZ CONSULTING, LLC,<br><br>　　　　Defendant. | No. 1:19-cv-00520-DAD<br><br>ORDER GRANTING APPLICATIONS TO APPEAR PRO HAC VICE<br><br>(Doc. Nos. 3, 6, 8, 9) |

On May 3 and May 9, 2019, Sanford R. Landress, D. Gary Christensen, and Kyle D. Sciuchetti, attorneys for defendant IRZ Consulting, LLC, filed petitions for admission to practice pro hac vice under the provisions of Local Rule 180(b)(2). (Doc. Nos. 3, 8, 9.) On May 6, 2019, plaintiff's attorney Michael B. Collins also filed a petition for admission to practice pro hac vice. (Doc. No. 6.) Having reviewed the applications, the court hereby orders that the applications of Sanford R. Landress, D. Gary Christensen, Kyle D. Sciuchetti, and Michael B. Collins to appear pro hac vice are granted.

IT IS SO ORDERED.

Dated: **May 13, 2019**　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1