UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SUGARMAN,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC, et al.,<br><br>Defendants. | No.  19-cv-00520-DAD<br><br>ORDER GRANTING THE APPLICATION OF DUNCAN C. TURNER TO APPEAR PRO HAC VICE FOR DEFENDANT DARI-TECH, INC.<br><br>(Doc. No. 23) |

Attorney Duncan C. Turner of the law firm Badgley-Mullins has applied to appear *pro hac vice* on behalf of defendant Dari-Tech, Inc. in this action  (Doc. No. 23.)  Attorney Turner has demonstrated his good standing in courts in the State of Washington and has paid the fee for admission.  (Doc. No. 23-1.)  He has not concurrently or within the year preceding this application made a *pro hac vice* application to this court.  (Doc. No. 23.)  His application is therefore approved and the *pro hac vice* attorney is directed to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **July 27, 2022**                              _____
                                                                          UNITED STATES DISTRICT JUDGE

1