UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re | ) Case No. 18-11651-B-11 |
| | ) |
| GREGORY JOHN te VELDE, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| ——————————————— | ) |
| | ) |
| RANDY SUGARMAN, Ch. 11 Trustee, | ) Adv. Proceeding No. 19-1033 |
| | ) (Consolidated by order (Doc. |
| Plaintiff, | ) #94) for trial purposes only) |
| | ) |
| v. | ) DCN:    WCT-1 |
| | ) |
| IRZ CONSULTING, LLC (aka) IRZ | ) |
| Construction Division LLC, | ) |
| | ) Date:   August 24, 2022 |
| Defendant. | ) Time:   11:00 a.m. |
| | ) Place:  U.S. Courthouse |
| ——————————————— | )         2500 Tulare Street |
| IRZ CONSULTING, LLC | )         Courtroom 13, 5th Floor |
| (aka) IRZ Construction Division | )         Fresno, California |
| LLC, | ) Judge:  Hon. René Lastreto II |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. FARM SYSTEMS; 4 CREEKS, | ) |
| INC., JOHN FAZIO (dba Fazio | ) |
| Engineering); DARI-TECH, INC.; | ) |
| LASER LAND LEVELING, INC.; MAAS | ) |
| ENERGY WORKS, INC.; GEORGE | ) |
| CHADWICK (dba George Chadwick | ) |
| Consulting); VALMONT NORTHWEST, | ) |
| INC.; NUCOR BUILDING SYSTEMS | ) |
| UTAH LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |
| ——————————————— | ) |

1

**ORDER SETTING DEADLINES RE: REPORT AND RECOMMENDATION
ON THIRD-PARTY DEFENDANT VALMONT NORTHWEST, INC.'S
MOTION FOR SUMMARY JUDGMENT**

On August 26, 2022, the court issued a *Report and Recommendation on Third-Party Defendant Valmont Northwest, Inc.'s Motion for Summary Judgment* ("Report and Recommendation") for *de novo* consideration of the District Court. The Report and Recommendation was docketed in the bankruptcy adversary proceeding, Adv. Proc. No. 19-1033, and the District Court civil docket, Case No. 19-cv-00520-ADA. In connection with the Report and Recommendation, the court will set the following deadlines for objections and responses.

**IT IS THEREFORE ORDERED:**

1. Any objections to the Report and Recommendation shall be filed with the District Court not later than 21 days after the date of this order setting deadlines.

2. Any responses to objections to the Report and Recommendation shall be filed in the District Court not later than 14 days after the above objection deadline.

3. All objections and responses to objections shall be filed on the District Court civil docket, Case No. 19-cv-00520-ADA, and set for hearing before the Honorable Ana I. de Alba in

///
///
///
///
///

accordance with the Local Rules of the United States District Court for the Eastern District of California.

Dated: Aug 26, 2022

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Instructions to Clerk of Court**
**Service List – Not Part of Order/Judgment**


　　　The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Randy Sugarman
583 1st St W
Sonoma CA 95476

James J. Niemeier
First National Tower, Suite 3700
1601 Dodge Street
Omaha NE 68102

Scot M. Tyler
100 N. Tryon St #4700
Charlotte NC 28202

Aaron Moore
1600 West St.
Redding CA 96001

Brianna J. Wellman
111 SW Fifth Ave #3400
Portland OR 97204

D. Gary Christensen
3400 U.S. Bancorp Tower 111 S.W. 5th Ave
Portland OR 97204

David A. Foraker
111 SW 5th Ave #3400
Portland OR 97204

Duncan C. Turner
Badgley Mullins Turner PLLC
19929 Ballinger Way NE #200
Seattle WA 98155

1

2

3

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno CA 93720

4

5

John H. MacConaghy
645 First St., West, Suite D
Sonoma CA 95476

6

7

8

Lindy H. Scoffield
3043 Gold Canal Dr #100
PO Box 269127
Sacramento CA 95826-9127

9

10

11

Mark F. Enenbach
First National Tower #3700
1601 Dodge St
Omaha NE 68102

12

13

14

Michael Brown
416 Truxtun Ave.
Bakersfield CA 93301

15

16

Michael A. Dias
502 W Grangeville Blvd
Hanford CA 93230

17

18

19

Neal L. Wolf
425 Market St 26th Fl
San Francisco CA 94105

20

21

Paula C. Clark
502 West Grangeville Blvd
Hanford CA 93230

22

23

24

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno CA 93720

25

26

Ronald A. Clifford
1100 Town and Country Rd., Ste 1250
Orange CA 92868

27

28

1

Sanford R. Landress
2  3400 U.S. Bancorp Tower
   111 SW 5th Ave
3  Portland OR 97204

4
   Shanon J Slack
5  2030 Main Street
   Suite 1300
6  Irvine CA 92614

7
   Tracy A. Agrall
8  246 W. Shaw
   Fresno CA 93704
9

10 Kyle D. Sciuchetti
   111 SW Fifth Ave #3400
11 Portland OR 97204

12
   Sara L. Chenetz
13 1888 Century Park East, Suite 1700
   Los Angeles CA 90067
14

15 Victor F. Luke
   1880 Century Park E 12th Floor
16 Los Angeles CA 90056

17
   Danielle J. Bethel
18 205 E River Park Circle #410
   Fresno CA 93720
19

20 Douglas S. Pahl
   1120 NW Couch St 10th Fl
21 Portland OR 97209

22
   Michael B. Collins
23 PO Box 1457
   Pendleton OR 97801
24

25 Office of the U.S. Trustee
   United States Courthouse
26 2500 Tulare Street, Room 1401
   Fresno CA 93721
27

28

6