```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                            FRESNO DIVISION
```

| | |
|---|---|
| In re<br><br>GREGORY JOHN te VELDE,<br><br>        Debtor.<br>_____<br><br>RANDY SUGARMAN, Ch. 11 Trustee,<br><br>        Plaintiff,<br><br>   v.<br><br>IRZ CONSULTING, LLC (aka) IRZ Construction Division LLC,<br><br>        Defendant.<br>_____<br><br>IRZ CONSULTING, LLC<br>(aka) IRZ Construction Division LLC,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>U.S. FARM SYSTEMS; 4 CREEKS, INC., JOHN FAZIO (dba Fazio Engineering); DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS ENERGY WORKS, INC.; GEORGE CHADWICK (dba George Chadwick Consulting); VALMONT NORTHWEST, INC.; NUCOR BUILDING SYSTEMS UTAH LLC,<br><br>        Third-Party Defendants.<br>_____ | Case No.  18-11651-B-11<br><br><br>USDC Case No. 1:19-cv-00520-ADA<br><br><br><br>Adv. Proceeding No. 19-1033<br>(Consolidated by order (Doc. #94) for trial purposes only)<br><br>DCN:    MB-5<br><br><br>Date:   October 26, 2022<br>Time:   11:00 a.m.<br>Place:  U.S. Courthouse<br>        2500 Tulare Street<br>        Courtroom 13, 5th Floor<br>        Fresno, California<br>Judge:  Hon. René Lastreto II |

**ORDER SETTING DEADLINES RE: REPORT AND RECOMMENDATION ON PLAINTIFF RANDY SUGARMAN'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

On November 10, 2022, the court issued a *Report and Recommendation on Plaintiff Randy Sugarman's Second Motion for Summary Judgment* ("Report and Recommendation") for *de novo* consideration of the District Court. The Report and Recommendation was docketed in the bankruptcy adversary proceeding, Adv. Proc. No. 19-1033, and the District Court civil docket, Case No. 19-cv-00520-ADA. In connection with the Report and Recommendation, the court will set the following deadlines for objections and responses.

**IT IS THEREFORE ORDERED:**

1. Any objections to the Report and Recommendation shall be filed with the District Court not later than 21 days after the date of this order setting deadlines.

2. Any responses to objections to the Report and Recommendation shall be filed in the District Court not later than 14 days after the above objection deadline.

3. All objections and responses to objections shall be filed on the District Court civil docket, Case No. 19-cv-00520-ADA, and set for hearing before the Honorable Ana de Alba in accordance with the Local Rules of the United States District Court for the Eastern District of California.

**Dated:** Nov 10, 2022

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Tracy A. Agrall
246 W. Shaw
Fresno, CA 93704-2644

Steve Alfieris
502 West Grangeville Blvd
Hanford, CA 93230-2857

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno, CA 93720-2578

Michael Brown
Law Offices of Michael Brown
1809 West Main Street, Suite H
Visalia, CA 93291-4464

D. Gary Christensen
Miller Nash Graham and Dunn LLP
3400 U.S. Bancorp Tower 111 S.W. 5th Ave 93291
Portland, OR 97204

Paula C. Clark
502 West Grangeville Blvd
Hanford CA 93230

Ronald A. Clifford
1100 Town and Country Rd., Ste 1250
Orange, CA 92868

Michael A. Dias
502 W Grangeville Blvd
Hanford, CA 93230-2857

Anthony Dutra
Hanson Bridgett LLP
425 Market Street
26th Floor
San Francisco, CA 94105-5401

Mark F. Enenbach
McGrath North Mullin and Kratz, PC, LLO
First National Tower #3700
1601 Dodge St
Omaha, NE 68102-1650

| | |
|---|---|
| 1 | David A. Foraker |
|   | 111 SW 5th Ave #3400 |
| 2 | Portland, OR 97204 |
| 3 | Vanessa Triplett Kuchulis |
|   | Miller Nash, LLP |
| 4 | 111 S. W. 5th Ave #3400 |
|   | Portland, OR 97204-3614 |
| 5 | |
|   | Sanford R. Landress |
| 6 | 3400 U.S. Bancorp Tower |
|   | 111 SW 5th Ave |
| 7 | Portland, OR 97204 |
| 8 | John H. MacConaghy |
|   | 645 First St., West, Suite D |
| 9 | Sonoma, CA 95476-7044 |
| 10 | Aaron Moore |
|    | 1600 West St. |
| 11 | Redding, CA 96001-1726 |
| 12 | James J. Niemeier |
|    | First National Tower, Suite 3700 |
| 13 | 1601 Dodge Street |
|    | Omaha, NE 68102-1637 |
| 14 | |
|    | Kyle D. Sciuchetti |
| 15 | 111 SW Fifth Ave #3400 |
|    | Portland, OR 97204-3614 |
| 16 | |
|    | Lindy H. Scoffield |
| 17 | 3043 Gold Canal Dr #100 |
|    | PO Box 269127 |
| 18 | Sacramento, CA 95826-9127 |
| 19 | Shanon J Slack |
|    | Slack Law Group APC |
| 20 | 2030 Main Street |
|    | Suite 1300 |
| 21 | Irvine, CA 92614-7220 |
| 22 | Randy Sugarman |
|    | 583 1st St W |
| 23 | Sonoma, CA 95476-6638 |
| 24 | Benjamin P. Tarczy |
|    | US Bancorp Tower |
| 25 | 111 SW Fifth Avenue, Suite 3400 |
|    | Portland, OR 97204 |
| 26 | |
|    | Duncan C. Turner |
| 27 | Badgley Mullins Turner PLLC |
|    | 19929 Ballinger Way NE #200 |
| 28 | Seattle, WA 98155-8208 |

1  Scot M. Tyler
   Moore & Van Allen PLLC
2  100 N. Tryon St #4700
   Charlotte, NC 28202-4003
3
   Kurt F. Vote
4  265 E. River Park Circle, Suite 310
   Fresno, CA 93720-1580
5
   Riley C. Walter
6  265 E. River Park Circle Suite 310
   Fresno, CA 93720-1580
7
   Neal L. Wolf
8  425 Market St 26th Fl
   San Francisco, CA 94105
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28