```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                             FRESNO DIVISION


In re                               ) Case No.  18-11651-B-11
                                    )
GREGORY JOHN te Velde,              )
                                    )
            Debtor.                 )
                                    )
_____)
                                    )
RANDY SUGARMAN, CHAPTER 11          )
TRUSTEE,                            ) Adv. Proc. No. 19-01033
                                    ) (Consolidated by Doc. #94 for
        Plaintiff,                  ) trial purposes only)
                                    )
     v.                             ) DCN:      DLF-2
                                    )
IRZ CONSULTING, LLC; aka IRZ        )
CONSTRUCTION DIVISION, LLC,         )
                                    )
        Defendant.                  )
                                    )
_____)
                                    )
IRZ CONSULTING, LLC, aka IRZ        )
CONSTRUCTION DIVISION, LLC,         )
                                    )
        Third-Party Plaintiff,      )
                                    )
     v.                             )
                                    )
U.S. FARM SYSTEMS; 4 CREEKS,        )
INC.; JOHN FAZIO dba FAZIO          )
ENGINEERING; DARI-TECH, INC.;       )
LASER LAND LEVELING, INC.; MAAS     )
ENERGY WORKS, INC.; GEORGE          )
CHADWICK dba GEORGE CHADWICK        )
CONSULTING; VALMONT NURTHWEST,      )
INC.; and NUCO BUILDING SYSTEMS     )
UTAH LLC,                           )
                                    )
        Third-Party Defendants.     )
                                    )
_____)
```

**ORDER SETTING DEADLINES RE: REPORT AND RECOMMENDATION ON GEORGE CHADWICK dba GEORGE CHADWICK CONSULTING'S MOTION FOR ORDER ESTABLISHING GOOD FAITH SETTLEMENT**

1

On January 17, 2023, the court issued a *Report and Recommendation on George Chadwick dba Chadwick Consulting's Motion for Order Establishing Good Faith Settlement* ("Report and Recommendation") for *de novo* consideration by the District Court. The Report and Recommendation was docketed in the bankruptcy adversary proceeding, Adv. Proc. No. 19-1033, and the District Court civil docket, Case No. 19-cv-00520-ADA. In connection with the Report and Recommendation, the court will set the following deadlines for objections and responses.

**IT IS THEREFORE ORDERED:**

  1. Any objections to the Report and Recommendation shall be filed in the District Court not later than 21 days after the date of this order setting deadlines.

  2. Any responses to objections to the Report and Recommendation shall be filed in the District Court not later than 14 days after the above objection deadline.

  3. All objections and responses to objections shall be filed on the District Court civil docket, Case No. 19-cv-00520-ADA, and set for hearing before the Honorable Ana de Alba in accordance with the Local Rules of the United States District Court for the Eastern District of California.

Dated: Jan 17, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Tracy A. Agrall
246 W. Shaw
Fresno CA 93704

Steve Alfieris
502 West Grangeville Blvd
Hanford CA 93230

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno CA 93720

Michael Brown
1809 West Main Street, Suite H
Visalia CA 93291

D. Gary Christensen
3400 U.S. Bancorp Tower 111 S.W. 5th Ave
Portland OR 97204

Paula C. Clark
502 West Grangeville Blvd
Hanford CA 93230

Ronald A. Clifford
1100 Town and Country Rd., Ste 1250
Orange CA 92868

Michael A. Dias
502 W Grangeville Blvd
Hanford CA 93230

Anthony Dutra
425 Market Street
26th Floor
San Francisco CA 94105

Mark F. Enenbach
First National Tower #3700
1601 Dodge St
Omaha NE 68102

David A. Foraker
111 SW 5th Ave #3400
Portland OR 97204

```
 1   Vanessa Triplett Kuchulis
     111 S. W. 5th Ave #3400
 2   Portland OR 97204

 3   Sanford R. Landress
     3400 U.S. Bancorp Tower
 4   111 SW 5th Ave
     Portland OR 97204
 5
     John H. MacConaghy
 6   645 First St., West, Suite D
     Sonoma CA 95476
 7
     Randy Sugarman
 8   583 1st St W
     Sonoma CA 95476
 9
     Aaron Moore
10   1600 West St.
     Redding CA 96001
11
     James J. Niemeier
12   First National Tower, Suite 3700
     1601 Dodge Street
13   Omaha NE 68102

14   Kyle D. Sciuchetti
     111 SW Fifth Ave #3400
15   Portland OR 97204

16   Lindy H. Scoffield
     3043 Gold Canal Dr #100
17   PO Box 269127
     Sacramento CA 95826-9127
18
     Shanon J Slack
19   2030 Main Street
     Suite 1300
20   Irvine CA 92614

21   Randy Sugarman
     583 1st St W
22   Sonoma CA 95476

23   Benjamin P. Tarczy
     111 SW Fifth Avenue, Suite 3400
24   Portland OR 97204

25   Duncan C. Turner
     Badgley Mullins Turner PLLC
26   19929 Ballinger Way NE #200
     Seattle WA 98155
27

28
```

1  Scot M. Tyler
   100 N. Tryon St #4700
2  Charlotte NC 28202

3  Kurt F. Vote
   265 E. River Park Circle, Suite 310
4  Fresno CA 93720

5  Riley C. Walter
   265 E. River Park Circle Suite 310
6  Fresno CA 93720

7  Brianna J. Wellman
   111 SW Fifth Ave #3400
8  Portland OR 97204

9  Neal L. Wolf
   425 Market St 26th Fl
10 San Francisco CA 94105

11 Tracy Hope Davis
   Gregory S. Powell
12 U.S. Trustee's Office
   2500 Tulare St #1401
13 Fresno CA 93721