UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                                    )    Bankruptcy Case No. *18-11651-B-11*
                                         )
  *GREGORY JOHN te VELDE*                )
                                         )    DC No.
                 Debtor(s).              )
                                         )
_____      )
                                         )    Adversary No.
  *RANDY SUGARMAN*                        )                    *19-1033*
                 Plaintiff(s),           )
                                         )
vs.                                      )
                                         )    District Court Case No. *1:19-cv-00520-KES*
  *IRZ CONSULTING, LLC*                   )
                                         )
                 Defendant(s).           )

**FILED**

**Feb 03, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NOTICE TO DISTRICT COURT OF PARTIES' READINESS FOR TRIAL

## TO THE DISTRICT COURT

NOTICE TO DISTRICT COURT OF PARTIES' READINESS FOR TRIAL (date filed):  January 30, 2026

DATE TRANSMITTED: 02/03/26          BY: *J. Gibson*
                                        _____
                                        Deputy Clerk

_____
DISTRICT COURT CASE NUMBER: 1:19-cv-00520-KES

DATE:_____BY:_____

**PLEASE RETURN SECOND COPY UPON COMPLETION**

EDC 005-601 (Revised 9/6/17)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re                                    ) Case No.  18-11651-B-11
                                         )
GREGORY JOHN te VELDE,                   )
                                         )
                Debtor.                  )
                                         )
                                         )
_____        )
                                         )
RANDY SUGARMAN, CHAPTER 11               ) Adv. Proceeding No. 19-1033-B
TRUSTEE                                  )
                                         )
                Plaintiff,               )
v.                                       )
                                         )
IRZ CONSULTING, LLC, aka IRZ             )
CONSTRUCTION DIVISION, LLC,              )
                                         )
                Defendant.               )
                                         )
_____        )
                                         )
AND RELATED THIRD-PARTY COMPLAINT )
AND CONSOLIDATED ACTIONS.                )
                                         )
                                         )
_____        )

**<u>NOTICE TO DISTRICT COURT OF PARTIES' READINESS FOR TRIAL</u>**

    In accordance with the District Court's order concerning withdrawal of the reference entered August 14, 2019 (Doc. #18)' District Court Case No. 1:19-cv-00520-KES, a final status conference was held in this matter on January 28, 2026. Appearances were noted in the record.

    The parties advised the court they are ready to be placed on the District Court's calendar for trial and will await any

///

1

subsequent orders of the District Court concerning the prosecution of this matter.

Dated: Jan 30, 2026                    By the Court

René Lastreto II, Judge
United States Bankruptcy Court

2

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Tracy A. Agrall
246 W. Shaw
Fresno, CA 93704

Steve Alfieris
502 West Grangeville Blvd
Hanford, CA 93230

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno, CA 93720

Michael Brown
1809 West Main Street, Suite H
Visalia, CA 93291

D. Gary Christensen
1140 SW Washington St. Ste 700
Portland, OR 97205

Paula C. Clark
502 West Grangeville Blvd
Hanford, CA 93230

Michael A. Dias
502 W Grangeville Blvd
Hanford, CA 93230

Anthony Dutra
425 Market Street
26th Floor
San Francisco, CA 94105

Mark F. Enenbach
First National Tower #3700
1601 Dodge St
Omaha, NE 68102

David A. Foraker
111 SW 5th Ave #3400
Portland, OR 97204

Vanessa Triplett Kuchulis
111 S. W. 5th Ave #3400
Portland, OR 97204

3

Sanford R. Landress
3400 U.S. Bancorp Tower
111 SW 5th Ave
Portland, OR 97204

Jean Barnier
MacConaghy & Barnier
645 First St., West, Suite D
Sonoma, CA 95476

Randy Sugarman
583 1st St W
Sonoma, CA 95476

Aaron Moore
1600 West St.
Redding, CA 96001

James J. Niemeier
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102

Kyle D. Sciuchetti
111 SW Fifth Ave #3400
Portland, OR 97204

Lindy H. Scoffield
745 University Avenue
Sacramento, CA 95825-6708

Shanon J Slack
2030 Main Street
Suite 1300
Irvine, CA 92614

Randy Sugarman
583 1st St W
Sonoma, CA 95476

Benjamin P. Tarczy
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204

Duncan C. Turner
Badgley Mullins Turner PLLC
19929 Ballinger Way NE #200
Seattle, WA 98155

Scot M. Tyler
100 N. Tryon St #4700
Charlotte, NC 28202

Kurt F. Vote
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno, CA 93720

Brianna J. Wellman
111 SW Fifth Ave #3400
Portland, OR 97204

Neal L. Wolf
425 Market St 26th Fl
San Francisco, CA 94105

Gregory S. Powell
U.S. Trustee's Office
2500 Tulare St #1401
Fresno, CA 93721