**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Riley C. Walter  #91839
 *rwalter@wjhattorneys.com*
Kurt F. Vote   #160496
 *kvote@wjhattorneys.com*

**ZUCKERMAN SPAEDER LLP**
2100 L Street, NW Ste. 400
Washington, District of Columbia 20037
Telephone: (202) 788-1800

Carl S. Kravitz, *pro hac vice*
 ckravitz@zuckerman.com
R. Miles Clark, *pro hac vice*
 mclark@zuckerman.com

Attorneys for:  Plaintiff RANDY SUGARMAN, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT

## EASTERN DIVISION OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>　　　　Debtor.<br>――――――――――――――――<br>RANDY SUGARMAN, Chapter 11 Trustee,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC,<br><br>　　　　Defendants.<br>――――――――――――――――<br>AND RELATED THIRD-PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | **District Ct. Case No. 19-cv-00520-KES**<br><br>Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE UNDER FED. R. CIV. P. 16 AND L.R. 240 FOR PURPOSE OF SETTING SCHEDULE AND TRIAL DATE**<br><br>**Hearing:**<br><br>**Date:  June 15, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6** |

1

PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE

TO THE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN that on June 15, 2026, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 6 of the Court, located at 2500 Tulare Street, 7th Floor, Fresno, CA 93721, Plaintiff Randy Sugarman, Liquidating Trustee ("Plaintiff"), will and hereby does, move this Court for a Pretrial Conference under Fed. R. Civ. P. 16 and L.R. 240 for the purpose of setting a trial and trial-related dates.  Plaintiff is 84 years old and has many significant health issues.

**PROCEDURAL BACKGROUND**

In 2015, Gregory J. te Velde (the "Debtor") purchased "Lost Valley Farm," a 7,300+/- acre parcel near Boardman, Oregon to develop the farm into a commercial dairy.  Disclosure Statement for Chapter 11 Trustee's Plan of Reorganization at 4 (Main Case Doc. No. 2009). In connection therewith, on November 17, 2015, the Debtor and Defendant IRZ Consulting, LLC ("IRZ") entered into an agreement titled "Design, Engineer, and Project Management Services for Greg Tevelde Willow Creek Dairy Construction Project November 2015" (hereafter, the "Design, Engineer, and Project Management Services Agreement") Adv. Proc. Doc. No. 764 at 0009-24.

On April 26, 2018, the Debtor filed Chapter 11 bankruptcy.  Voluntary Petition (Main Case Doc. No. 1).  Plaintiff was appointed as Chapter 11 Trustee on September 27, 2018.  Notice of Appointment (Main Case Doc. No. 876).

On March 8, 2019, Plaintiff filed this adversary proceeding, alleging, among other things, claims for breach of the "Design, Engineer, and Project Management Services Agreement" and for IRZ's negligence in connection with the project.  *See* Compl. (Adv. Proc. Doc. No. 1). Defendants have requested a jury trial. Adv. Proc. Doc. Nos. 21, 605.

The Bankruptcy Court entered scheduling orders setting deadlines for discovery and dispositive motions. The parties completed fact and expert discovery in the Bankruptcy Court. The parties also filed a number of motions in the Bankruptcy Court, including dispositive motions.  *See* Doc. Nos. 20, 28, 34, 36, 40, 43, 49, 51, 58 (Bankruptcy Court's Reports and Recommendations). The parties objected to certain aspects of certain of the Bankruptcy Court's Reports and Recommendations on those motions.  *See*, *e.g.*, Doc. Nos. 24, 25, 30, 31, 33, 38, 41, 42, 45, 46, 52, 54-57, 60-63 (Objections and related briefing).

On January 30, 2026, following the parties' final status conference before the Bankruptcy Court, the Bankruptcy Court advised this Court that this adversary proceeding was ready for trial.  Doc. No. 64.

**RELIEF REQUESTED**

1.    A Pretrial Conference with the Court.

2.    Entry of a Scheduling Order thereafter, setting forth a process and schedule for resolving objections to the Bankruptcy Court's Reports and Recommendations and a trial date at the earliest time consistent with the Court's calendar.

The foregoing relief is warranted under Fed. R. Civ. P. 16 and L.R. 240 because this case is already over 7 years old, and Plaintiff is elderly and in poor health.

Dated: May 21, 2026                          Respectfully submitted,

WANGER JONES HELSLEY PC

and

ZUCKERMAN SPAEDER LLP

                                                       */s/ Kurt F. Vote*
By:_____
     Kurt F. Vote
     Attorneys for Plaintiff
     Randy Sugarman, Liquidating Trustee

PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE