MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
*kyle.s@millernash.com*
Bernard Kornberg, CSB No. 252006
*Bernie.kornberg@millernash.com*
Benjamin P. Tarczy, CSB No. 308367
*benjamin.tarczy@millernash.com*
1140 SW Washington St, Ste 700
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone: 559.433.1300
Facsimile: 559.433.2300

Attorneys for IRZ Consulting, LLC and Lindsay Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Case No. 1:19-cv-00520-KES<br><br>Bankruptcy Case No. 18-11651-A-11<br><br>Bankrupt Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC et al.;<br><br>Defendants. | **JOINT STIPULATION RE EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO THIRD-PARTY DEFENDANT DARI-TECH, INC.'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD; ORDER**<br><br>Judge: Hon. Kirk E. Sherriff |
| AND RELATED CROSS-ACTIONS | |

Defendant IRZ Consulting, LLC, aka IRZ Construction Division, LLC ("IRZ") and Third-Party Defendant Dari-Tech, Inc. ("Dari-Tech") (collectively, the "Parties") respectfully stipulated as follows:

1. On June 22, 2026, Dari-Tech filed its Motion for Leave to Supplement the Record (the "Motion") in the United States District Court, Eastern District of California [ECF No. 68].

2. Pursuant to Local Rule 230, IRZ's deadline to file its opposition pleading to the Motion is on July 6, 2026.

3. Parties have met and conferred and, due to the upcoming holiday, have agreed to extend the time for IRZ to file its opposition pleading to July 20, 2026.

4. Parties further agree that Dari-Tech's deadline to file its reply in support of its Motion shall be filed no later than July 30, 2026.

5. Based on the extension of the briefing schedule, the Parties further agree to a new hearing date of August 17, 2026. Neither party requests oral argument.

6. Good cause exists for this extension to allow Parties additional time to prepare their respective briefs taking into consideration the July 4th holiday. The request is stipulated and will not prejudice any party.

**NOW, THEREFORE**, IRZ and Dari-Tech stipulate that (1) IRZ's deadline to file its opposition to Dari-Tech's Motion shall be extended to July 20, 2026, (2) Dari-Tech's deadline to file its reply in support of its Motion shall be extended to July 30, 2026; and (3) the hearing on Dari-Tech's Motion to be continued to August 17, 2026.

//

//

//

//

//

//

//

DATED: July 13, 2026

MILLER NASH LLP

By:/s/ Kyle D. Sciuchetti

Kyle D. Sciuchetti, OSB No. 965705, admitted *pro hac vice*
Bernard Kornberg, CSB No. 252006
Benjamin P. Tarczy, CSB No. 308367
Hagop T. Bedoyan, CSB No. 131285

Attorneys for IRZ Consulting, LLC and Lindsay Corporation

BADGLEY MULLINS TURNER, PLLC

By:/s/ Duncan Turner (authorized on July 10, 2026)
Duncan Turner, WSBA No. 20597, admitted *pro hac vice*
Shanon J. Slack, CSB No. 316581

Attorneys for Dari-Tech, Inc.

**ORDER**

The Court finds good cause to approve the Joint Stipulation, and good cause appearing, hereby approves it.

IT IS SO ORDERED.

Dated: July 14, 2026

UNITED STATES DISTRICT JUDGE